**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1471
_____

DAVID MCKINNEY,

                                        Petitioner - Appellant,

        versus

INTERNAL REVENUE SERVICE,

                                        Respondent - Appellee.

_____

Appeal from the United States Tax Court. (7077-06L)

_____

Submitted:  October 18, 2007        Decided:  October 22, 2007

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David McKinney, Petitioner Pro Se.  Patricia McDonald Bowman,
Andrea R. Tebbets, Eileen J. O'Connor, Assistant Attorneys General,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David McKinney appeals the tax court's order sustaining the Commissioner's collection activities with respect to McKinney's 1994-1998 federal income tax liability.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the tax court.  <u>McKinney v.  IRS</u>, No. 7077-06L (U.S. Tax Ct. Feb. 7, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>